UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K.B. et al., | |
| Plaintiffs, | |
| -against- | 23-CV-09734 (MMG) |
| CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, | **NOTICE OF REASSIGNMENT** |
| Defendant. | |

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previous order referring the case to Magistrate Judge Parker for general pretrial supervision and dispositive motions (*i.e.*, motions requiring a Report and Recommendation). All orders, deadlines, and dates issued by Magistrate Judge Parker likewise remain in effect, and applications related to those deadlines should continue to be directed to Magistrate Judge Parker. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 5, 2024
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge