**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

K.B. et al.,

Plaintiffs,

-against-

CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK *dba* THE NEW
YORK CITY DEPARTMENT
OF EDUCATION,

Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2024

23-CV-9734 (MMG) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the proceedings before Judge Cronan and the actions taken by other judges staying their cases for 180 days, the Court will grant the stay requested by the parties in their letter at ECF No. 18 in order to maximize the potential for settlement. The Stay is GRANTED until August 26, 2024. The parties shall file a status report no later than August 26, 2024.

**The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 18.**

**SO ORDERED.**

DATED:       New York, New York
             March 25, 2024

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge